# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

135452

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

DOUGLAS WILLIAMS,
        Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135452
COA: 280583
Wayne CC: 06-008243

On order of the Court, the application for leave to appeal the October 29, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

_____
Clerk

l0317